**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403**

George Carnal Gaiennie, III
Attorney at Law
1920 Jackson St.
Alexandria LA 71301

Chris J. Roy
Attorney at Law
1920 Jackson St.
Alexandria LA 71301

**REHEARING ACTION: February 24, 2016**

**Docket Number: 15   00654-CA**

**CHERYL LAVERGNE
VERSUS
RAPIDES PARISH POLICE JURY**

**Appealed from Rapides Parish Case No. 249,665**

**BEFORE JUDGES:**

      **Hon. Sylvia R. Cooks
      Hon. Jimmie C. Peters
      Hon. Marc T. Amy**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Cheryl Lavergne** has this day been

      **DENIED.**

cc: Daniel Elmo Broussard, Jr., Counsel for the Appellee
    Steven Patrick Mansour, Counsel for the Appellee